**Electronically Filed
Supreme Court
SCWC-16-0000532
30-MAR-2021
01:12 PM
Dkt. 3 ODSAC**

SCWC-16-0000532

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

RICHARD RAPOZO,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000532; CASE NO. 1PR141000016)

<u>ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for writ of certiorari was filed, <u>see</u> Hawai'i Revised Statutes § 602-59(a) (2017)); <u>see also</u> Hawai'i Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2016),

IT IS HEREBY ORDERED that Petitioner/Petitioner-Appellant's application for writ of certiorari, filed March 25, 2021, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule 40.1(a) (2017) ("The application shall be filed within thirty days after the filing of the intermediate

court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED:  Honolulu, Hawaiʻi, March 30, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins